IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS KNUTSEN, Individually, and on Behalf of his Minor Children, Tayrin Knutsen and Terri Knutsen,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation, and JESSICA KNUTSEN a/k/a or n/k/a JESSICA DILLON,<br><br>Defendants. | 4:17-CV-3093<br><br>JUDGMENT |

On the parties' Joint Stipulation for Dismissal with Prejudice and Judgment (filing 10), this case, including all claims and cross-claims, is dismissed with prejudice, the parties to bear their own fees and costs.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge